UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re: EDDIE FLOYD HUGHES and DONNA MELISSA HUG    Case No: 4:24-bk-12803 J

OBJECTION TO CONFIRMATION OF PLAN

Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1. 11 U.S.C. 521(a) Debtor has failed to provide payroll statements for the sixty days preceding the date of filing the bankruptcy petition.

2. 11 U.S.C. 1325(a)(5) the plan does not provide for the allowed secured claim of A&D Truck Repair in the amount of $2,393.80.

3. 11 U.S.C. 1325(a)(9) Debtor has failed to file tax returns for tax year 2023 with the appropriate tax authorities, as required by Section 1308.

4. 11 U.S.C. 521(a) The debtor has failed to provide to the Trustee a return/transcript for the most recent tax year ending before the commencement of the case.

5. The debtors have failed to provide proof that the plan has been served on the proper parties pursuant to FRBP 3012(b).

6. 11 U.S.C. 1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with other applicable provisions of the Bankruptcy Code. Debtors' Statment of Financial Affairs, question 18 is incomplete.

7. 11 U.S.C. 1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with other applicable provisions of the Bankruptcy Code. Schedule G appears to be incomplete regarding executory contract for real property. Debtors' testified the contract will complete in 2026 during the pendency of debtors' plan, the plan fails to account for the possible additional disposable income which should be committed to debtors' plan for the benefit of allowed unsecured claims.

8. 11 U.S.C. 1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with other applicable provisions of the Bankruptcy Code. Schedule A appears to be incomplete regarding additional possible interest in ex-wife's property.

Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated: 11/11/2024                                              /s/ Jack W Gooding
                                                               _____
                                                               CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

    I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 11/11/2024, with sufficient postage to assure delivery to the following:

Eddie Floyd Hughes And  Donna Melissa Hughes
795 Hwy 15 N
Lonoke, Ar  72086

Chris Foster - Electronically by ECF

                                              /s/  Jack W Gooding

                                              CHAPTER 13 TRUSTEE