IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:  Eddie Floyd Hughes and Donna Melissa Hughes

CASE NO:   4:24-bk-12803 J

Chapter 13

CHAPTER 13 ORDER TO MODIFY PLAN
AND TO PROVIDE DOCUMENTATION

Before the court is the Objection to Confirmation of Plan, Docket Entry [28], filed on November 12, 2024 by the Trustee. The Objection was set for hearing on December 19, 2024. Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation of Plan is sustained. The Debtor is granted 28 days from the date of this Order to file a modification to the plan and to provide documentation regarding the plan. Failure to file the modification and submit the documentation within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

Date:  01/02/2025

/s/  Phyllis M. Jones
Phyllis M. Jones
U.S. Bankruptcy Judge

cc:   Jack W Gooding, Trustee

   Chris Foster - - Electronically by ECF

   Eddie Floyd Hughes and Donna Melissa Hughes
   795 Hwy 15 N
   Lonoke, AR  72086